UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NIRMALA REALTY LLC,                            Docket No.:  2:23-cv-08675

                     Plaintiff,

                                                                           **STIPULATION**

   -against-

THE HEDGESTONE GROUP LLC *doing business as*
HEDGESTONE BUSINESS ADVISORS;
MICHAEL STEINBERG; *and*
MARC WARSHAW,

                     Defendants.
------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for Defendants to respond to Plaintiff's Complaint is hereby extended to and including **January 12, 2024**; and

**IT IS FURTHER STIPULATED AND AGREED,** that Defendants waive any jurisdictional defenses based on service; and

**IT IS FURTHER STIPULATED AND AGREED,** that this stipulation may be signed in counterparts and facsimile signatures shall have the same force and effect as original signatures.

Dated: December 19, 2023

**ROMANO & ASSOCIATES**                      **GOTTESMAN LEGAL PLLC**

*/s/ Michael J. Romano*                             *Baruch S. Gottesman*

_____      _____
Michael J. Romano, Esq.                         Baruch S. Gottesman, Esq.
*Attorneys for Defendants*                     *Attorney for Plaintiff*
350 Old Country Road, Suite 205       11 Broadway, Suite 615
Garden City, New York 11530           New York, New York 10004
(516) 248-8880                                   (212) 401-6910